```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 13-05760-RNO
Chris Edward Lengle                                           Chapter 13
Jennifer Anne Lengle
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1       User: AGarner              Page 1 of 1        Date Rcvd: Jul 11, 2016
                           Form ID: ntfp              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4809027       E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2016 18:46:47
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc. As The Authorized Subservicer For Federal
               National Mortgage Association ("FANNIE MAE"), Creditor C/O Seterus, Inc. jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor     OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Melissa L. Van Eck    on behalf of Joint Debtor Jennifer Anne Lengle mvaneck@dzmmlaw.com,
               awolfe@dzmmlaw.com
              Melissa L. Van Eck    on behalf of Debtor Chris Edward Lengle mvaneck@dzmmlaw.com,
               awolfe@dzmmlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                             TOTAL: 8

ntfp(06/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chris Edward Lengle
aka Chris E Lengle, aka Chris Lengle, dba C & L Construction

Chapter 13

Case number 1:13−bk−05760−RNO

Jennifer Anne Lengle
aka Jennifer Anne Geier, aka Jennifer Anne Brown

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#43**. **It appears that the Transfer of Claim was filed in the wrong case**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 11, 2016 |