```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                      Case No. 13-05760-RNO
Chris Edward Lengle                                                         Chapter 13
Jennifer Anne Lengle
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner           Page 1 of 1           Date Rcvd: Sep 02, 2016
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4809028       +E-mail/Text: bnc-quantum@quantum3group.com Sep 02 2016 18:54:31
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
               Quantum3 Group LLC as agent for,   MOMA Funding LLC 98083-0788
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jeniece Davis   on behalf of Creditor   Seterus, Inc. As The Authorized Subservicer For Federal
               National Mortgage Association ("FANNIE MAE"), Creditor C/O Seterus, Inc. jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joshua I Goldman   on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association
               bkmail@rosicki.com
              Melissa L. Van Eck   on behalf of Joint Debtor Jennifer Anne Lengle mvaneck@dzmmlaw.com
              Melissa L. Van Eck   on behalf of Debtor Chris Edward Lengle mvaneck@dzmmlaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
               wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-05760-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Chris Edward Lengle
416 Stonebrook Drive
Palmyra PA 17078

Jennifer Anne Lengle
416 Stonebrook Drive
Palmyra PA 17078

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/02/2016.

Name and Address of Alleged Transferor(s):

Claim No. 4: Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, MOMA Funding LLC

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
MOMA Funding LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/04/16

Terrence S. Miller
**CLERK OF THE COURT**