```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 13-05760-RNO
Chris Edward Lengle                                                     Chapter 13
Jennifer Anne Lengle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner           Page 1 of 1            Date Rcvd: May 25, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db/jdb         +Chris Edward Lengle,   Jennifer Anne Lengle,   76 Shady Lane,   Annville, PA 17003-9308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Jeniece  Davis    on behalf of Creditor    Seterus, Inc. As The Authorized Subservicer For Federal
               National Mortgage Association ("FANNIE MAE"), Creditor C/O Seterus, Inc. jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Melissa L. Van Eck    on behalf of Debtor 2 Jennifer Anne Lengle mvaneck@daleyzucker.com,
               vaneck@comcast.net
              Melissa L. Van Eck    on behalf of Debtor 1 Chris Edward Lengle mvaneck@daleyzucker.com,
               vaneck@comcast.net
              Thomas I Puleo    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHRIS EDWARD LENGLE
 a/k/a  CHRIS E. LENGLE
a/k/a  CHRIS LENGLE
d/b/a  C&L CONSTRUCTION
JENNIFER ANNE LENGLE
f/k/a  JENNIFER ANNE GRIER
f/k/a  JENNIFER ANNE BROWN

: CHAPTER 13
: CASE NO. 1-13-05760
:
:
:
:
:
:

## ORDER

Upon consideration of the Motion of the Debtors to Modify their confirmed Chapter 13 Plan and it appearing that the relief requested therein is appropriate, it is herby

ORDERED that the Debtors' Motion to Modify their Chapter 13 Plan is APPROVED.

Dated: May 25, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)