UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
CHRIS EDWARD LENGLE : Case No.: 13-05760
JENNIFER ANNE LENGLE : Chapter 13
    Debtor :
:
:

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Melissa L. Van Eck, Esquire, as counsel for Chris Lengle and Jennifer Lengle, in the above-captioned matter.

Respectfully submitted,

Date: Sept. 24, 2018      By /S/ Melissa L. Van Eck
    Melissa L. Van Eck, Esquire
    635 North 12th Street, Suite 101
    Lemoyne, PA 17043
    (717) 724-9821
    mvaneck@daleyzucker.com
    *Attorney for Debtor*

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULES 9010, 2002 AND 9007

**PLEASE TAKE NOTICE** that the undersigned appears for Chris Lengle and Jennifer Lengle, Debtors in the above stated case, and pursuant to Bankruptcy Rule 2002, 9007, 9010, requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned, at the address hereinafter stated.

THE UNDERSIGNED REQUESTS THAT an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing notices

STEVEN P. MINER, ESQUIRE
Daley Zucker Meilton & Miner, LLC
635 North 12th Street, Suite 101
Lemoyne, Pennsylvania 17043
Email: sminer@daleyzucker.com
(717) 724-9821

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the foregoing Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices on any application, motion, petition, pleading, request, complaints or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the rights and obligations of the above referenced creditor, property or proceedings thereof which the Debtor may claim or assert an interest in, in any way, or which require or seek to require any act, delivery of any property, payment or other conduct by said Debtor. Please serve all notices as follows:

STEVEN P. MINER, ESQUIRE
Daley Zucker Meilton & Miner, LLC
635 North 12th Street, Suite 101
Lemoyne, Pennsylvania 17043
Email: sminer@daleyzucker.com
(717) 724-9821

**DALEY ZUCKER
MEILTON & MINER, LLC**

By /S/ Steven P. Miner
    Steven P. Miner, Esquire
    635 North 12th Street, Suite 101
    Lemoyne, PA 17043
    (717) 724-9821
    sminer@daleyzucker.com
    *Attorney for Debtor*

Date: September 24, 2018

Case 1:13-bk-05760-RNO    Doc 54    Filed 09/24/18    Entered 09/24/18 14:41:54    Desc
Main Document      Page 2 of 2