Certificate Number: 00301-PAM-DE-031941764

Bankruptcy Case Number: 13-05760


00301-PAM-DE-031941764

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 25, 2018</u>, at <u>12:42</u> o'clock <u>PM EST</u>, <u>CHRIS E LENGLE</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: November 25, 2018         By: /s/Jimmy Arreaga

                                                Name: Jimmy Arreaga

                                                Title: Certified Bankruptcy Counselor

Certificate Number: 00301-PAM-DE-031941763

Bankruptcy Case Number: 13-05760


00301-PAM-DE-031941763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 25, 2018</u>, at <u>12:42</u> o'clock <u>PM EST</u>, <u>JENNIFER A LENGLE</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 25, 2018</u>　　　By: <u>/s/Jimmy Arreaga</u>

　　　　　　　　　　　　　　　　　Name: <u>Jimmy Arreaga</u>

　　　　　　　　　　　　　　　　　Title: <u>Certified Bankruptcy Counselor</u>