```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05760-HWV
Chris Edward Lengle                                             Chapter 13
Jennifer Anne Lengle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRadginsk           Page 1 of 1           Date Rcvd: Apr 16, 2019
                               Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db/jdb          +Chris Edward Lengle,   Jennifer Anne Lengle,   76 Shady Lane,   Annville, PA 17003-9308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc. As The Authorized Subservicer For Federal
               National Mortgage Association ("FANNIE MAE"), Creditor C/O Seterus, Inc. jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Steven P. Miner    on behalf of Debtor 2 Jennifer Anne Lengle sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Debtor 1 Chris Edward Lengle sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Thomas I Puleo    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Chris Edward Lengle,<br>aka Chris E Lengle, aka Chris Lengle, dba C & L Construction, | Chapter 13 |
| **Debtor 1** | Case No. 1:13−bk−05760−HWV |
| Jennifer Anne Lengle,<br>aka Jennifer Anne Geier, aka Jennifer Anne Brown, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−3164    xxx−xx−9431

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 16, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

**fnldec** (05/18)